362

Argued on record and briefs December 1, affirmed December 10, 1970, petition for rehearing denied January 12, petition for review denied February 9, 1971

STATE OF OREGON, *Respondent, v.*
CHESTER BENSON WALLACE, *Appellant.*

477 P2d 907

N. Robert Stoll, Portland, filed the brief for appellant. With him on the brief were Anderson, Hall, Lowthian & Stoll, Portland.

Jim G. Russell, Assistant Attorney General, Salem, filed the brief for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before Schwab, Chief Judge, and Langtry* and Branchfield, Judges.

PER CURIAM.

Defendant, having pleaded guilty to attempted second-degree homicide, later moved to withdraw his plea. The trial court denied his motion and sentenced him to eight years' imprisonment.

1, 2. On appeal defendant assigns as error the trial court's failure to grant his motion. On direct appeal from a judgment of conviction entered pursuant to a plea of guilty, the scope of review is limited to the issue of the excessiveness of the sentence. ORS 138.050; *State v. Slopak,* 3 Or App 532, 475 P2d 421 (1970).

Affirmed.

---

* Langtry, J., did not participate in this decision.